**PORTER | SCOTT**
A PROFESSIONAL CORPORATION
John R. Whitefleet, SBN 213301
350 University Avenue, Suite 200
Sacramento, California 95825
TEL: 916.929.1481
FAX: 916.927.3706
Attorney for Defendant COUNTY OF LAKE

Jerome M. Varanini SBN 58531
LAW OFFICES OF JEROME M. VARANINI
641 Fulton Avenue, Suite 200
Sacramento, CA 95825
P.O. Box 590
Sacramento, CA 95812-0590
Tel: (916) 993-4868
Attorney for Defendants CALIFORNIA FORENSIC MEDICAL GROUP, TAYLOR FITHIAN, M.D., STANCIL JOHNSON, M.D., ALISHA STOTTSBERRY; KC GRIGSBY, and MANDY ROBBINS

Michael D. Green SBN 214142
Scott R. Montgomery SBN 278060
ABBEY, WEITZENBERG,
WARREN & EMERY, P.C.
100 Stony Point Road, Suite 200
P.O. Box 1566
Santa Rosa, CA 95402
Tel: (707) 542 – 5050
Fax: (707) 542 – 2589
Attorneys for Plaintiffs

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| M.S., a minor by and through her guardian ad litem, JEFFERY SMITH, both individually and in her capacity as successor-in-interest to JAMES SMITH, deceased; JEFFERY SMITH; and ELIZABETH SMITH<br><br>            Plaintiffs,<br><br>vs.<br><br>COUNTY OF LAKE; COUNTY OF LAKE SHERIFF FRANCISCO RIVERO; COUNTY OF LAKE DEPUTY SHERIFF WEAVER; COUNTY OF LAKE DEPUTY SHERIFF RODELLO; COUNTY OF LAKE DEPUTY SHERIFF VANOVEN; CALIFORNIA FORENSIC MEDICAL GROUP; TAYLOR FITHIAN, M.D.; STANCIL JOHNSON, M.D.; ALISHA STOTTSBERRY; KC GRIGSBY; MALADY ROBERTS; and DOES 1-50;<br><br>            Defendants.<br>_____/ | Case No.: 1:14-CV-05170-NJV<br><br>**STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE; [PROPOSED] ORDER**<br><br>**Date: May 26, 2015**<br>**Time: 2:00 p.m.**<br><br>Complaint Filed: 11/21/14 |

1

Plaintiffs M.S., JEFFERY SMITH, ELIZABETH SMITH and Defendants COUNTY OF LAKE, CALIFORNIA FORENSIC MEDICAL GROUP, TAYLOR FITHIAN, M.D., STANCIL JOHNSON, M.D., ALISHA STOTTSBERRY; KC GRIGSBY, and MANDY ROBBINS (erroneously named MALADY ROBERTS), by and through their respective undersigned counsel, hereby stipulate to continue the Case Management Conference for thirty (30) days from the currently scheduled date of May 26, 2015 at 2:00 p.m., to June 30, 2015 at 2:00 p.m.  The parties submit good cause exists to continue the conference in order to allow additional time necessary for all parties to make appearances.  The parties will file a Joint Status Report in advance of the new date in accordance with Local Rules.

**IT IS SO STIPULATED.**

Respectfully submitted,

Dated: May 13, 2015         ABBEY, WEITZENBERG, WARREN & EMERY, P.C.

By: /s/ Scott Montgomery (authorized on 5/13/15)
    Michael D. Green
    Scott Montgomery
    Attorneys for Plaintiffs

Dated: May 13, 2015         ATTORNEY GENERAL

By: /s/ Jerome M. Varanini (authorized on 5/13/15)
    Jerome M. Varanini
    Attorney for Defendants CALIFORNIA FORENSIC MEDICAL GROUP, TAYLOR FITHIAN, M.D., STANCIL JOHNSON, M.D., ALISHA STOTTSBERRY; KC GRIGSBY, and MANDY ROBBINS

Date: May 13, 2015         PORTER SCOTT
                           A PROFESSIONAL CORPORATION

By: /s/ John R. Whitefleet
    John R. Whitefleet
    Attorney for Defendant COUNTY OF LAKE

# [P̶R̶O̶P̶O̶S̶E̶D̶] ORDER

Good cause appearing, IT IS HEREBY ORDERED that the Case Management Conference is continued to June 30, 2015 at 2:00 p.m.  A Joint Case Management Conference Statement shall be submitted in advance of the new date in accordance with Local Rules.

Dated: May 14, 2015                      _____
                                         Magsitrate Judge Nandor J. Vadas

---

3

**STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE; [PROPOSED] ORDER**
{01408262.DOC}