MICHAEL D. GREEN, ESQ. SBN. 214142
mgreen@abbeylaw.com
MATTHEW R. LILLIGREN, ESQ. SBN. 246991
mlilligren@abbeylaw.com
SCOTT R. MONTGOMERY, ESQ. SBN. 278060
smontgomery@abbeylaw.com
ABBEY, WEITZENBERG, WARREN & EMERY, P.C.
100 Stony Point Road, Suite 200
P.O. Box 1566
Santa Rosa, CA  95402-1566
(707) 542-5050
(707) 542-2589 Fax

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| M.S., a minor by and through her guardian ad litem, JEFFERY SMITH, both individually and in her capacity as successor-in-interest to JAMES SMITH, deceased; JEFFERY SMITH; and ELIZABETH SMITH,<br><br>　　　　　Plaintiffs,<br>　　v.<br><br>COUNTY OF LAKE; COUNTY OF LAKE SHERIFF FRANCISCO RIVERO; COUNTY OF LAKE DEPUTY SHERIFF WEAVER; COUNTY OF LAKE DEPUTY SHERIFF RODELLO; COUNTY OF LAKE DEPUTY SHERIFF VANOVEN; CALIFORNIA FORENSIC MEDICAL GROUP; TAYLOR FITHIAN, M.D.; STANCIL JOHNSON, M.D.; ALISHA STOTTSBERRY; KC GRIGSBY; MANDY ROBBINS; LEILA LAMUN; and DOES 1-50;<br><br>　　　　　Defendants. | Case No.:   1:14-cv-05170-NJV<br><br>**JOINT STIPULATION TO CONTINUE SETTLEMENT CONFERENCE WITH MAGISTRATE JUDGE KANDIS A. WESTMORE; [~~PROPOSED~~] ORDER** |

-1-
**JOINT STIPULATION TO CONTINUE SETTLEMENT CONFERENCE; [PROPOSED] ORDER**
**C 14-05170 NJV**

1   WHEREAS, the Case Management Conference Order entered on June 30, 2015 requires
2   the parties to engage in a Settlement Conference in this matter between the close of fact discovery
3   and filing of dispositive motions;

4   WHEREAS, this matter was referred to Magistrate Judge Kandis A. Westmore for
5   settlement purposes, and a Settlement Conference was scheduled for May 20, 2016;

6   WHEREAS, the parties recently stipulated to continue the pretrial deadlines in this matter
7   by 15 to 45 days in order to allow the parties to complete remaining discovery, and the stipulation
8   was approved by Order of the Court on April 15, 2016;

9   WHEREAS, pursuant to the stipulation and order, the deadline for completing fact
10  discovery was continued to June 17, 2016;

11  WHEREAS, the parties are still engaged in ongoing discovery and respectfully request
12  that the current Settlement Conference date of May 20, 2016 be continued until after the close of
13  fact discovery; and

14  WHEREAS, the parties have contacted Judge Westmore's Courtroom Deputy and verified
15  that Judge Westmore is currently available June 22, 2016 for a continued Settlement Conference.

16

17  **STIPULATION**

18  NOW THEREFORE, it is agreed and stipulated by and between the parties, through their
19  respective counsel of record, that the Settlement Conference with Judge Westmore currently
20  scheduled for May 20, 2016 shall be continued to June 22, 2016 at 10:00 a.m.

21  IT IS SO STIPULATED.

22

23  DATED:  May 5, 2016.            ABBEY, WEITZENBERG, WARREN & EMERY, P.C.

24

25                                  By:  __/s/_____
                                         Matthew R. Lilligren
26                                       Attorneys for Plaintiffs M.S., a minor by and through her
                                         guardian ad litem, JEFFERY SMITH, both individually and
27                                       in her capacity as successor-in-interest to JAMES SMITH,
                                         deceased; JEFFERY SMITH; and ELIZABETH SMITH

28

ABBEY, WEITZENBERG, WARREN & EMERY, P.C.
100 Stony Point Road, Suite 200, P.O. Box 1566, Santa Rosa, CA 95402-1566
Telephone: (707) 542-5050  Facsimile (707) 542-2589

| | | |
|---|---|---|
| 1 | DATED: May 5, 2016. | LAW OFFICE OF JEROME M. VARANINI |
| 2 | | |
| 3 | | By: /s/ |
| 4 | | Jerome M. Varanini<br>Attorneys for Defendants CALIFORNIA FORENSIC MEDICAL GROUP; TAYLOR FITHIAN, M.D.; STANCIL JOHNSON, M.D.; ALISHA STOTTSBERRY; KC GRIGSBY; MANDY ROBBINS; and LEILA LAMUN |
| 7 | DATED: May 5, 2016. | PORTER SCOTT |
| 9 | | By: /s/ |
| 10 | | John R. Whitefleet<br>Ryan P. O'Connor<br>Attorneys for Defendants COUNTY OF LAKE; COUNTY OF LAKE SHERIFF FRANCISCO RIVERO; COUNTY OF LAKE DEPUTY SHERIFF WEAVER; COUNTY OF LAKE DEPUTY SHERIFF RODELLO; and COUNTY OF LAKE DEPUTY SHERIFF VANOVEN |

*Filer's Attestation*: Pursuant to Civil Local Rule 5-1(i)(3) regarding signatures, Matthew R. Lilligren hereby attests that concurrence in the filing of this document has been obtained by the parties listed above.

-3-

**JOINT STIPULATION TO CONTINUE SETTLEMENT CONFERENCE; [PROPOSED] ORDER**
C 14-05170 NJV

1 | **<u>ORDER</u>**

2 | PURSUANT TO STIPULATION, IT IS SO ORDERED.

4 | Dated: May  10 , 2016          _____
5 |                                 HONORABLE KANDIS A. WESTMORE
  |                                 United States Magistrate Judge

ABBEY, WEITZENBERG, WARREN & EMERY, P.C.
100 Stony Point Road, Suite 200, P.O. Box 1566, Santa Rosa, CA 95402-1566
Telephone: (707) 542-5050  Facsimile (707) 542-2589