THE LAW OFFICES OF JEROME M. VARANINI
641 FULTON AVENUE, SUITE 200
SACRAMENTO, CALIFORNIA 95825
P.O. BOX 590, SACRAMENTO, CA 95812-0590
TELEPHONE (916) 993-4868   FACSIMILE (916) 993-6750
E-Mail   jvaranini@tsvlaw.com

JEROME M. VARANINI

June 9, 2016

**VIA ELECTRONIC MAIL ONLY**

Hon. Magistrate Judge Kandis A. Westmore
United States District Court
Oakland Courthouse
1301 Clay Street
Oakland, CA 94612

email: (kawcrd@cand.uscourts.gov)

    Re:    Smith v. County of Lake, et al
           USDC ND Case: 1:14-CV-05170-NJV

Dear Judge Westmore:

    This letter is sent on behalf of the individually named medical defendants in the above entitled matter: Dr. Taylor Fithian, M.D., Dr. Stancil Johnson, M.D., Alisha Stottsberry, R.N., KC Grigsby, FNP, Leila Lamun, R.N., and Mandy Robbins, LVN. Each of these individually named defendants is a medical provider and each continues to be personally involved in the delivery of care to patients under his or her care.

    This case is set for a mandatory settlement conference with your honor on June 22, 2016. Pursuant to the standing orders applicable to such conferences, individual attendance of named defendants is required absent such attendance having been excused by the court.

    In addition to these individually named medical provider defendants, their employer, the California Forensic Medical Group, Inc. ["CFMG"] is a named defendant and will attend the settlement conference with full authority to resolve the case.

    This letter requests permission from the court excusing the individually named medical providers from personal attendance at the June 22, 2016, settlement conference. It is respectfully suggested that good cause exists for this request on the basis that, (1) "CFMG" will attend with fully authority to resolve the case, and (2) that each of the individuals listed above remains in the active practice of medicine both clinically and administratively and, as such, required personal attendance at the settlement conference by these providers would have an adverse impact on the delivery of such care to the patients served by these providers particularly with respect to the delivery of both medical and mental health care at the Lake County jail.

    Nurse Stottsberry, for example, is the Program Manger in charge of the administration of such care at the jail, Drs. Fithian and Johnson are psychiatrists also involved in such care on a regular basis both for Lake County

June 9, 2016
Page 2

patients and at other county jails. The remaining nurses similarly have patient care responsibilities that would be adversely impacted were personal attendance required at the settlement conference.

    All of these individually named defendants are covered under the CFMG policy of insurance and as noted, CFMG will certainly attend with full authority to resolve this matter.

Respectfully Submitted,

JEROME M. VARANINI

JMV:jm

cc:  John Whitefleet (jwhitefleet@porterscott.com)
     Matthew Lilligren (MLilligren@abbeylaw.com)



GRANTED
Judge Kandis Westmore
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA