UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

| | |
|---|---|
| M.S. A MINOR BY AND THROUGH HER GUARDIAN AD LITEM, AND GUARDIAN, JEFFREY SMITH, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>COUNTY OF LAKE, et al.,<br><br>Defendants. | Case No.  14-cv-05170-NJV<br><br>**ORDER GRANTING STIPULATION APPROVING SETTLEMENT**<br><br>Re: Dkt. No. 52 |

The court, having independently determined that the settlement is in the best interest of the minor M.S., as required by FRCP 17 and Federal decisional law, orders that the settlement is approved.

**T IS SO ORDERED**.

Dated: September 6, 2016

_____

NANDOR J. VADAS
United States Magistrate Judge